ACCEPTED
06-14-00186-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/16/2015 2:12:21 PM
DEBBIE AUTREY
CLERK

**NO. 06-14-00186-CR, 06-14-00187-CR, 06-14-00188-CR**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/16/2015 2:12:21 PM
DEBBIE AUTREY
Clerk

**TO THE COURT OF APPEALS
SIXTH DISTRICT OF TEXAS AT TEXARKANA**

**DARRIAN DE'ANTHONY DAVIS-SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

\* \* \* \* \*

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

**TO FILE APPELLATE BRIEF**

\* \* \* \* \*

DONALD K. HOOVER
Counsel for Appellant
Bar I.D. No. 24053019

414 W. Sam Rayburn
Bonham, Texas 75418
903/820-8464 (Telephone)
972/767-4355 (Facsimile)

**NO. 06-14-00186-CR, 06-14-00187-CR, 06-14-00188-CR**

NO. 06-14-00186-CR, 06-14-00187-CR, 06-14-00188-CR

TO THE COURT OF APPEALS

FIFTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

DARRIAN DE'ANTHONY DAVIS-SANDERS,

Appellant

V.

THE STATE OF TEXAS

Appellee

\* \* \* \* \*

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

**TO FILE APPELLATE BRIEF**

\* \* \* \* \*

TO THE HONORABLE COURT OF APPEALS, SIXTH DISTRICT OF TEXAS AT TEXARKANA:

Comes now the Appellant, by and through his counsel of record, and respectfully requests this Court grant him an extension of time to file his appellant brief in the above named causes, pursuant to Rule 10 of the Texas Rules of Appellate Procedure.

On September 19, 2014, the Appellant was adjudicated and sentenced to 60 years in the Texas Department of Criminal Justice. On October 17, 2014 the Appellant timely filed his Notice of Appeal. Mr. Davis-Sanders also filed a motion for new trial

on October 17, 2014, which was denied by operation of law.

The reporter's record and clerk's record were with the Court on or about February 12, 2015. Counsel for the Appellant received the clerk's and reporter's records on the same date. The Appellant's brief is due on March 16, 2015. Counsel for the Appellant was in trial, three of the last four weeks. Additional time is necessary for Appellant's counsel to finish review of the record, research and identify the grounds for appeal, and consult with the Appellant to draft a brief.

Appellant counsel now makes his first request for an extension of time to file the Appellant's Brief. The Appellant requests an extension of time until April 16, 2015 to file the Appellant's brief. This request is not for the purpose of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that the Court grant this motion for extension of time in which to file his appellate brief in this case.

Respectfully submitted,


  /s/ Donald Hoover
Donald Hoover
Counsel for Appellant
Bar I.D. No. 24053019
414 W. Sam Rayburn
Bonham, Texas 75418
(903) 820-8464 (Telephone)
(972) 767-4355 (Facsimile)

<u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing Appellant's Motion for Extension of Time to File Appellate Brief has been mailed via first-class mail, or hand-delivered, on March 12, 2015, to:

<u>Via Hand Delivery</u>
Fannin County District Attorney's Office
Fannin County Courthouse
101 E. Sam Rayburn
Bonham, Texas 75418

<u>Via first-class mail</u>
Mr. Darrian D. Davis-Sanders
#01957802
Eastham Unit- TDCJ
2665 Prison Road #1
Lovelady, Texas 75851


　　　　　　　　　　　　　　/s/ Donald Hoover
　　　　　　　　　　　　　　Donald Hoover